850 A.2d 364

ATTORNEY GRIEVANCE COMMISSION OF MARYLAND

v.

Barry K. WATSON.

Misc. Docket AG No. 17, Sept. Term, 2003.

Court of Appeals of Maryland.

June 3, 2004.

Melvin Hirshman, Bar Counsel and Raymond A. Hein, Asst. Bar Counsel for Atty. Grievance Com'n of MD.

No argument on behalf of Respondent.

Argued before BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 3rd day June, 2004,

ORDERED, by the Court of Appeals of Maryland, that the respondent, Barry K. Watson, be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and, it is further

ORDERED that the Clerk of this Court shall strike the name of Barry K. Watson from the register of attorneys, and pursuant to Maryland Rule 16–713, shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and, it is further

ORDERED that respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts,

478

pursuant to Maryland Rule 16–715(c), for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Barry K. Watson.